UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DAILY DEALS 1, LLC, et al.                                        PLAINTIFFS

V.                                 CIVIL ACTION NO. 3:26-CV-115-KHJ-MTP

SINGING COWBOY, INC., et al.                                     DEFENDANTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure

58, the Court enters this Final Judgment dismissing this case. This case is closed.

SO ORDERED AND ADJUDGED, this 6th day of August, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE